No. 19. OKLAHOMA PACKING Co., FORMERLY WILSON & Co., INC., ET AL. *v.* OKLAHOMA GAS & ELECTRIC Co. ET AL. Opinion delivered December 4, 1939, withdrawn and replaced on January 15, 1940. See *post*, p. 530; 309 U. S. 4.

No. 508. MARK *v.* WISCONSIN. December 4, 1939. *Per Curiam:* The motion for leave to file the motion to dismiss the appeal is granted. The motion to dismiss is also granted and the appeal is dismissed for want of a substantial federal question. *Hurtado* v. *California*, 110 U. S. 516; *Bolln* v. *Nebraska*, 176 U. S. 83; *Lem Woon* v. *Oregon*, 229 U. S. 586. The motion for leave to proceed further *in forma pauperis* is denied. *Ralph Mark, pro se. Mr. Harold H. Persons*, Assistant Attorney General of Wisconsin, for appellee.

No. —. PETERS *v.* NANGLE ET AL. December 4, 1939. Application denied.

No. —. PORESKY *v.* ELY ET AL. December 4, 1939. The application presented to the CHIEF JUSTICE and referred by him to the Court is denied.